**97–88.   Crim v. Turner.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–92.   State ex rel. Jackson v. Wingard.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–158.   State ex rel. Jones v. Ohio Adult Parole Auth.**
In Mandamus and Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–165.   Matthews v. Huffman.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–199.   Tanner v. Coyle.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–319.   State ex rel. ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**97–324.   State ex rel. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**97–328.   State ex rel. GTE N., Inc. v. Pub. Util. Comm.**
In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.